UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| DR. JULIA GRUBER and ANDREW SMITH, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) NO. 2:21-cv-00039 ) ) |
| TENNESSEE TECH BOARD OF TRUSTEES d/b/a TENNESSEE TECH UNIVERSITY; DR. LORI BRUCE, DR. CLAIRE STINSON; GREG HOLT and DR. JENNIFER TAYLOR, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER

The Plaintiff has filed a Stipulation of Voluntary Dismissal Without Prejudice of Defendants Dr. Claire Stinson, Greg Holt and Dr. Jennifer Taylor in their individual and official capacities (Doc. No. 29). Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** against Dr. Claire Stinson, Greg Holt and Dr. Jennifer Taylor. Claims against the remaining defendants are still pending.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE