Plaintiffs' unopposed motion to amend their complaint is GRANTED. The Clerk's Office is DIRECTED to file the attached amended complaint as a separate docket entry.

_Alistair E. Newbern_
Alistair E. Newbern
U.S. Magistrate Judge

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT COOKEVILLE**

| | | |
|---|---|---|
| **Dr. JULIA GRUBER, and** | ) | |
| **ANDREW SMITH,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **Case No. 2:21-cv-00039** |
| | ) | |
| **v.** | ) | **Judge Crenshaw** |
| | ) | **Magistrate Judge Newburn** |
| **TENNESSEE TECH BOARD OF TRUSTEES** | ) | |
| **d/b/a TENNESSEE TECH UNIVERSITY, and** | ) | **JURY DEMAND** |
| **DR. LORI BRUCE, in her individual and official** | ) | |
| **capacity,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Plaintiffs move the Court for leave to file an amended complaint, a copy of which is attached to this motion as <u>Exhibit A</u> as a Proposed Amended Complaint, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure.

**Grounds for Relief**

1.      Plaintiffs seek to amend their complaint in order to add Dr. Philip Oldham ("Dr. Oldham"), in his individual and official capacity as President of Tennessee Tech University, as a defendant.

2.      Plaintiffs recently learned that Dr. Oldham unilaterally decided to revoke Plaintiffs' annual $1,000 bonuses.

3.      Plaintiffs were injured as a direct result of Dr. Oldham's decision.

4.      The claims that Plaintiffs propose to assert in this amended complaint arise out of the same transactions and occurrences that are the subject matter of the Plaintiffs' claim against the Defendants in the original complaint.

5.     This court has personal jurisdiction over Dr. Oldham, the proposed new defendant.

6.     This action was commenced on October 5, 2021, and adding this defendant will not cause any prejudicial delay.

Respectfully Submitted this 23rd day of November, 2021,

/s Robert C. Bigelow, Esq.
Robert C. Bigelow, Esq. (Bar #022022)
BIGELOW LEGAL, P.L.L.C.
4235 Hillsboro Pike, Suite 301
Nashville, Tennessee 37215
(615) 829-8986
rbigelow@bigelowlegal.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been uploaded to the Court's e-filing system and sent by first-class mail to:

Herbert H. Slatery III, Esq.
Attorney General and Reporter
E. Ashley Carter, Esq. BPR #27903
John W. Dalton, Esq. BPR #16653
Rachel A. Newton, Esq. BPR #22960
Carolyn U. Smith, Esq. BPR #17166
P.O. Box 20207
Nashville, Tennessee 37202-0207

*Attorneys for Defendants*

on this, the 23rd day of November 2021.

/s Robert C. Bigelow
Robert C. Bigelow, Esq.