# EXHIBIT 1

This racist college professor thought it would be a great idea to help start a Tennessee Tech chapter for this national hate group, where racist students can unite to harass, threaten, intimidate, and terrorize persons of color, feminists, liberals, and the like, epsecially their teachers. Their organization created a national "Professor Watchlist" to harass and intimidate progressive educators, including many women, African-American, and Muslim professors.



**Professor Donadio and Turning Point USA. You are on our list.
Your hate & hypocrisy are not welcome at Tennessee Tech.
No Unity With Racists.
Hate Speech Is Not Free Speech.**