UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| DR. JULIA GRUBER,<br><br>    Plaintiffs,<br><br>v.<br><br>TENNESSEE TECH BOARD OF TRUSTEES, et al.,<br><br>    Defendants. | Case No. 2:21-cv-00039<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

## ORDER

On December 6, 2021, Defendants the Tennessee Tech Board of Trustees, Dr. Lori Bruce, and Dr. Philip Oldham filed a motion for partial dismissal under Federal Rule of Civil Procedure 12(b)(6). (Doc. No. 34.) As established by the initial case management order (Doc. No. 27), any response in opposition to the motion for partial dismissal must be filed within 28 days of the service of the motion. Any optional reply shall be filed within 14 days of the service of the response.

Any filings made related to the motion for partial dismissal, including motions for extensions of time or to exceed page limits, shall be decided by Chief Judge Crenshaw unless referred to the undersigned Magistrate Judge.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge