IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| DR. JULIA GRUBER AND ANDREW SMITH | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 2:21-CV-00039<br>)<br>) Judge Crenshaw<br>) Magistrate Judge Newbern |
| DR. LORI BRUCE,<br>in her official and individual capacity, | )<br>) JURY DEMAND<br>)<br>)<br>) |
| Defendants. | ) |

## [proposed] ORDER

Before the Court is the parties' joint motion to modify the initial case management order (Doc. No. 27) and proposed Amended Case Management Order. The proposed deadlines do not require a change in the dispositive motion and trial dates and allow the parties to conduct necessary discovery.

The Court grants the parties' joint motion to modify the initial case management order and ORDERS that the proposed Amended Case Management Order be filed into the record.

It is so ORDERED.

*/s/ Alistair Newbern*
ALISTAIR E. NEWBERN
United States Magistrate Judge

1