UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| DR. JULIA GRUBER and ANDREW SMITH, | ) ) ) |
| Plaintiffs, | ) ) NO. 2:21-cv-00039 |
| v. | ) ) |
| DR. LORI BRUCE, | ) ) |
| Defendants. | ) |

## ORDER

Pending before the Court is Plaintiff's Motion for Preliminary Injunction (Doc. No. 51). This case is referred to the Magistrate Judge to determine whether any discovery is necessary before the preliminary injunction hearing to set a briefing schedule and projected dates for a hearing. The Magistrate Judge shall also explore whether mediation is appropriate before the preliminary injunction hearing.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE