UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| DR. JULIA GRUBER, et al., <br><br>    Plaintiffs, <br>v. <br><br>TENNESSEE TECH BOARD OF TRUSTEES, et al., <br><br>    Defendants. | Case No. 2:21-cv-00039 <br><br>Chief Judge Waverly D. Crenshaw, Jr. <br>Magistrate Judge Alistair E. Newbern |

## **ORDER**

On June 13, 2022, counsel were directed to file a joint report of the status of their case resolution efforts by August 19, 2022. (Doc. No. 55.) No status report has been filed. The parties are ORDERED to file the joint status report by August 29, 2022.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge