IN THE UNITED STATES DISTRICT CCOURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT COOKEVILLE

| | |
|---|---|
| Dr. JULIA GRUBER and ANDREW SMITH, ) ) ) Plaintiffs, ) ) vs. ) ) ) Dr. LORI BRUCE, in her individual and ) official capacities, ) ) Defendant. ) | Case No.: 2:21-cv-00039 Judge Crenshaw Magistrate Judge Newbern JURY DEMAND |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiffs respectfully request this Court to enter summary judgment in favor of them on their claim of first amendment retaliation under 42 U.S.C. § 1983. Plaintiffs state that there is no genuine issue of material fact and that the undisputed facts show that as a matter of law, the Defendant has violated the First Amendment of the U.S. Constitution (42 U.S.C. § 1983). In support thereof, Plaintiffs file contemporaneously a supporting Memorandum of Law, and Statement of Undisputed Material Facts, in accordance with M.D. Tenn. R. 56.01.

Respectfully submitted,

/s/ Robert C. Bigelow
Robert C. Bigelow #022022
Bigelow Legal, PLLC
4235 Hillsboro Pike, Suite 301
Nashville, Tennessee 37215
rbigelow@bigelowlegal.com
(615) 829-8986

## CERTIFICATE OF SERVICE

I hereby certify that on September 28th, 2022, a copy of the Plaintiffs' Motion for Summary Judgment was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt as follows:

>E. Ashley Carter #27903
>John W. Dalton #16653
>Senior Assistant Attorneys General
>Carolyn U. Smith #17166
>Deputy Attorney General
>P.O. Box 20207
>UBS Tower, 18th Floor
>Nashville, Tennessee 37202-0207
>(615) 741-8062
>John.dalton@ag.tn.gov
>Ashley.Carter@ag.tn.gov
>Carolyn.Smith@ag.tn.gov
>
>*Attorneys for Defendant*

/s/ Robert C. Bigelow
Robert C. Bigelow, Esq.

*Attorney for Plaintiffs*