IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| DR. JULIA GRUBER AND ANDREW SMITH | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 2:21-CV-00039 ) ) Judge Crenshaw ) Magistrate Judge Newbern |
| DR. LORI BRUCE, in her official and individual capacity, | ) ) ) ) JURY DEMAND ) |
| Defendants. | ) |

### DEFENDANT DR. LORI BRUCE'S MOTION FOR SUMMARY JUDGMENT IN HER OFFICIAL CAPACITY

Pursuant to Fed. R. Civ. P. 56, Defendant Dr. Lori Bruce, in her official capacity, respectfully moves the Court to enter summary judgment in her favor as the undisputed material facts show that she is entitled to judgment as a matter of law. A statement of undisputed material facts, a memorandum of law and referenced exhibits accompany this Motion in its support.

Respectfully submitted,

JONATHAN SKRMETTI
ATTORNEY GENERAL AND REPORTER

  s/ E. Ashley Carter
E. ASHLEY CARTER, Esq. BPR No. 27903
Senior Assistant Attorney General
JOHN W. DALTON, BPR No. 16653

**Senior Assistant Attorney General**
**CAROLYN S. SMITH, BPR No. 17166**
**Deputy Attorney General**
Education and Employment Division
P.O. Box 20207
UBS Tower, 18th Floor
Nashville, Tennessee 37202-0207
615-741-7932
Ashley.Carter@ag.tn.gov

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2022, a copy of Defendant's Motion for Summary Judgment was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt as follows:

Robert C. Bigelow, Esq. #022022
Bigelow Legal, P.C.
4235 Hillsboro Pike, Suite 217
Nashville, TN 37215
(615) 829-8986
rbigelow@bigelowlegal.com

All other parties will be served by regular U.S. mail as follows: (or n/a).
Parties may access this filing through the Court's electronic filing system.

    s/ E. Ashley Carter
**E. ASHLEY CARTER, Esq. BPR No. 27903**
**Senior Assistant Attorney General**