UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTER DIVISION

| | |
|---|---|
| DR. JULIA GRUBER AND ANDREW SMITH, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) No. 2:21-CV-00039 |
| DR. LORI BRUCE, in her official and individual capacity, | ) ) ) ) |
| Defendants. | ) |

## ORDER

Plaintiff's Motion for a Preliminary Injunction (Doc. No. 51) is set for a status conference on **January 9, 2023,** at 1:00 pm. in Courtroom 6B, United States Courthouse, 719 Church Street, Nashville, Tennessee.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE