UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| DR. JULIA GRUBER AND ANDREW SMITH, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 2:21-cv-00039 ) |
| DR. LORI BRUCE, in her official and individual capacity, | ) ) ) ) |
| Defendant. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court rules as follows:

(1) The Motion for Summary Judgment (Doc. No. 60) filed by Dr. Julia Gruber and Andrew Smith are **DENIED**;

(2) The Motions for Summary Judgment (Doc. Nos. 65, 69) filed by Dr. Lori Bruce are **GRANTED**; and

(3) Plaintiffs' Motion for Preliminary Injunction (Doc. No. 51) is **DENIED**.

The Clerk of the Court shall enter a final judgment in favor of Defendant and against Plaintiffs and close this file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE